IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MILLY MICHEL,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D21-1996
LT Case No. 2019-CF-014892

Decision filed November 1, 2022

Appeal from the Circuit Court
for Orange County,
Elaine A. Barbour, Judge.

James W. Smith, III, Windermere,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Whitney Brown
Hartless, Assistant Attorney General,
Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


COHEN, TRAVER and WOZNIAK, JJ., concur.